**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

RANDY HAYES,

       Plaintiff,

v.                                  No. 1:26-cv-01082-KG-SCY

NEW MEXICO CHILDREN, YOUTH
AND FAMILIES DEPARTMENT,
KIMBERLY IBARRA,
JAN TRUJILLO,
AMANDA ROMERO and
TROY GRAY,

       Defendants.

## <u>FINAL JUDGMENT</u>

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Court's Memorandum Opinion

and Order dismissing Plaintiff's case,

**IT IS ORDERED** that this case is **DISMISSED without prejudice.**

                          /s/Kenneth J. Gonzales
                          CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.